# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Horan, Marilyn J. | U.S.District Court for the Western District of Pennsylvania | 03/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | DPP Management |
| 2. | Oversight Committee Member | Butler Emergency Relief Initiative, United Way of Butler County, PA |
| 3. | Board Member | University of Pittsburgh, School of Law, Alumni Association |
| 4. | Board Member | Community Health Clinic of Butler County |
| 5. | PA State Court Judge | Court of Common Pleas of Butler County PA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017-2018 | PA State Judiciary Retirement Pension-no control |
| 2. 2017-2018 | Commonwealth of PA Deferred Compensation Program-no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Commonwealth of PA - Judicial Salary | $136,560.00 |
| 2. 2018 | Commonwealth of PA - Retirement Pension | $21,599.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Family Bowlaway Inc. - wages |
| 2. 2018 | Slippery Rock Garden Apts, Inc. - wages |
| 3. 2018 | Valley View Estates, Inc. - director fees |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Butler County Bar Association | financial contribution towards Judicial investiture ceremony and reception | $5,000.00 |
| 2. | Allegheny County Bar Associaiton | financial contribution towards Judicial investiture ceremony and reception | $4,000.00 |
| 3. | Allegheny County Bar Association, Federal Section | financial contribution towards Judicial investiture ceremony and reception | $1,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwest Savings Bank | Mortgage - Rental #2 | L |
| 2. | Nextier Bank | Mortgage (DPP MAnagement) - Rental #3 | L |
| 3. | Nextier Bank | Spouse as Guarantor of Business Mortgage | O |
| 4. | Nextier Bank | Mortgage - Rental #1 | M |
| 5. | Nextier Bank | Mortgage - Rental #1 | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Index 500 Admiral Shares (VFIAX) | C | Dividend | M | T | | | | | |
| 2. IRA --Rollover--Pershing LLC (Hefren-Tilotson) (H) | | | | | | | | | |
| 3. -Money Market Pershing Government Account | A | Interest | J | T | | | | | |
| 4. -American FUnds Global Balanced (GBLAX) | B | Dividend | L | T | | | | | |
| 5. -Capital Income BUilder FundClass A (CAIBX) | A | Dividend | K | T | | | | | |
| 6. -Fundamental Investors Class A(ANCFX) | B | Dividend | L | T | | | | | |
| 7. -The Growth Fund of Amerca Class A (AGTHX) | A | Dividend | L | T | | | | | |
| 8. -The Income Fund of America Class A(AMECX) | B | Dividend | L | T | | | | | |
| 9. - New World Fund Class A (NEWFX | A | Dividend | K | T | | | | | |
| 10. IRA Pershing LLC (Hefren-Tillotson)(H) | | | | | | | | | |
| 11. -Money Market Pershing Govenrment Account | E | Int./Div. | O | T | | | | | |
| 12. -AMCAP Fund Class A (AMCPX) | A | Dividend | K | T | | | | | |
| 13. -American Balanced Fund Class A (ABALX) | B | Dividend | L | T | | | | | |
| 14. - American Mutual Fund Class A (AMRMX) | A | Dividend | K | T | | | | | |
| 15. -Capital income Builder's Fund Class A (CAIBX) | C | Dividend | L | T | | | | | |
| 16. - New World Fund Class A (NEWFX) | A | Dividend | K | T | | | | | |
| 17. PA Deferred Compensation Fund-Great Western Financial (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EAFE Equity Index Fund Internaional Comapny Stock Indes Fund | | | | | Merged (with line 2) | 11/13/18 | K | | |
| 19. -Stock Index Fund | | | | | Merged (with line 2) | 11/13/18 | K | | |
| 20. Family Bowlaway, Inc (50%) | C | Dividend | P1 | W | | | | | |
| 21. Marnette Inc. (50%) | C | Interest | M | W | | | | | |
| 22. Valley View Estates, Inc (20%) | A | Dividend | M | W | | | | | |
| 23. Caparosa Properties, Inc. (20%) | D | Dividend | N | W | | | | | |
| 24. Slippery Rock Garden Apartments, Inc. (20%) | D | Dividend | N | W | | | | | |
| 25. 356 Land LP (20%) | A | Dividend | N | W | | | | | |
| 26. Personal Residence with Rental #1, Butler, PA | D | Rent | N | W | | | | | |
| 27. Rental Property #2, Butler, PA | D | Rent | L | W | | | | | |
| 28. Comercial Property- DPP Management, Rental #3, Butler, PA | E | Rent | N | W | | | | | |
| 29. Nextier Bank Accounts | A | Interest | J | T | | | | | |
| 30. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 31. Guardian Life Insurance Company of America: Universal Life | D | Dividend | M | T | | | | | |
| 32. Guardian Life Insurance Company of America: Universal Life | B | Dividend | N | T | | | | | |
| 33. Guardian Life Insurance Comapny of America : Universal Life | C | Dividend | M | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Horan, Marilyn J. | 03/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn J. Horan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544